

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF INDIANA

IN RE: Kenneth Edward Graham  
Debtor(s)

Case No. 16-21011  
Ch. 13

## CHAPTER 13 PLAN

Date: March 7, 2016

**YOUR RIGHTS WILL BE AFFECTED.** You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provisions of this plan or any motion included below must file a timely written objection. This plan may be confirmed and the motions included below may be granted without further notice or hearing unless written objection is filed before the deadline stated on the separate Notice you should have received from the bankruptcy court. If you have a secured claim, this is notice that your lien may be voided or modified if you do not object to this plan.

**THIS PLAN DOES NOT ALLOW CLAIMS.** You must timely file a proof of claim to be paid under any plan that may be confirmed.

### 1. PAYMENT AND LENGTH OF PLAN
(a) Debtors will pay **$839.38** per month for **60** months to trustee:
(b) Other payments to trustee: Income Tax Refunds during the term of the plan in excess of $1000 per year.
(c) Total amount to be paid to Trustee shall be not less than **$50,362.55**.

### 2. ALLOWED CLAIMS AGAINST THE DEBTOR SHALL BE PAID IN ACCORDANCE WITH THE PROVISIONS OF THE BANKRUPTCY CODE AND THIS PLAN.

(a) Secured creditors shall retain their mortgage, lien, or security interest in collateral until the earlier of (a) the payment of the underlying debt determined under non-bankruptcy law, or (b) discharge under 11 U.S.C. § 1328.
(b) Creditors who have co-signers, co-makers, or guarantors from whom they are enjoined from collection under 11 U.S.C. § 1301, and which are separately classified and shall file their claims, including all the contractual interest which is due or will become due during the consummation of the Plan, and the amount specified in the proof of claim to the creditor shall constitute full payment of the debt as to the Debtor and Co-Obligor.
(c) All Priority Creditors under 11 U.S.C. § 507 shall be paid in full in deferred cash payments.

### 3. FROM THE PAYMENTS RECEIVED UNDER THIS PLAN, THE TRUSTEE SHALL MAKE DISBURSEMENTS AS FOLLOWS:

(a) **ADMINISTRATIVE EXPENSES**
   a. Trustees Fee: 7.1% as provided in the Schedule of Actual Administrative Expenses of Administering a Ch. 13 Plan as required by 11 U.S.C. § 707(b)(2)(A)(ii)(III) dated effective as of 1/08. (Copy Included with Plan)
   b. Attorneys Fee (unpaid portion): None
   c. Filing Fee (unpaid portion): None

(b) **SECURED CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES & SUPPORT)**

All allowed priority claims will be paid in full unless creditor agrees otherwise:

| Creditor: | Scheduled Amount: | Monthly Payment: | Beginning in Month #: | Number of Payments: | TOTAL: |
|---|---|---|---|---|---|
| Citi Mortgage | $464.50 | $464.50 | 4/2016 | 60 | $27,870.00 |
| Citi Mortgage | $170.33 | $170.33 | 4/2016 | 60 | $10,219.80 |
| Professional Federal C.U. | $101.67 | $101.67 | 4/2016 | 60 | $6100.00 |

(c) **UNSECURED CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES & SUPPORT)**

All allowed non-priority claims will be paid in full unless creditor agrees otherwise:

| Creditor: | Scheduled Amount: | Monthly Payment: | Beginning in Month #: | Number of Payments: | TOTAL: |
|---|---|---|---|---|---|
| Professional Federal C.U. | $47.97 | $47.97 | 4/2016 | 60 | $2878.00 |

(d) Domestic Support Obligations: NONE
(e) Other Priority Claims: NONE

4. **SECURED DEBTS WHICH WILL EXTEND BEYOND THE LENGTH OF THE PLAN:**

| Name | Amount of Claim | Monthly Payment | Interest Rate |
|---|---|---|---|
| Citi Mortgage | $34,828 | $464.50 | 7.125% |

5. **THE DEBTOR PROPOSES TO CURE DEFAULTS TO THE FOLLOWING CREDITORS BY MEANS OF MONTHLY PAYMENTS BY THE TRUSTEE:**

| Name | Amount of Default to Be Cured | Interest Rate |
|---|---|---|
| Citi Mortgage | $10,219.80 | 0% |
| Professional Federal C.U. | $6100.00 | 0% |
| Professional Federal C.U. | $2878.00 | 0% |

6. **THE CREDITOR WILL MAKE PAYMENT DIRECTLY TO THE FOLLOWING CREDITORS: NONE**

7. **THE EMPLOYER FOR WHOM THE COURT WILL REQUEST PAYMENTS TO BE WITHHELD FROM EARNINGS IS:**

NONE. Payments will be made directly by the DEBTOR without wage deduction. The Debtor is starting a new job with a 90 day probationary period and requests a court order stating no contact with the employer during this 90 day period which will extend through June 2016. If payments are made on time, DEBTOR requests to continue making payments directly without being withheld from earnings. Employment & Income verification will be provided at the hearing on March 15, 2016. This is a reasonable request as each creditor listed above has violated either the FDCRA-Citi Mortgage or the Automatic Stay-Professional Federal C.U.

8. THE FOLLOWING LIENS WILL BE AVOIDED PURSUANT TO 11 U.S.C. § 522(f), OR OTHER APPLICABLE SECIONS OF THE BANKRUPTCY CODE:

| Name | Amount of Claim | Description |
|---|---|---|
| Professional Federal Credit Union | $2878.00 | 5031 CHARLOTTE, LOT 20 DUVALLS CIRCUMURBAN CT. ALLEN COUNTY INDIANA, ACCORDING TO THE RECORDED PLAT THEREOF (RESIDENCE) |

9. TITLE TO THE DEBTOR'S PROPERTY SHALL REVEST IN DEBTOR UPON CONFIRMATION OF THE CH.13 PLAN.

10. AS USED HEREIN, THE TERM "DEBTOR" SHALL INCLUDE BOTH DEBTORS IN A JOINT CASE.

11. Other Provisions:

Date: <u>March 9, 2016</u>          Signature: *Kenneth Edward Graham*
                                              Kenneth Edward Graham
                                              Debtor

Schedule of Actual Administrative Expenses
of Administering a Chapter 13 Plan
(As required by 11 U.S.C. § 707(b)(2)(A)(ii)(III))

Effective as of 1/08

| JUDICIAL DISTRICT | MULTIPLIER |
|---|---|
| Alaska | 10.0% |
| Arizona | 7.3% |
| Eastern Arkansas | 5.0% |
| Western Arkansas | 5.0% |
| Central California | 10.0% |
| Eastern California | 8.5% |
| Northern California | 10.0% |
| Southern California | 8.7% |
| Colorado | 6.0% |
| Connecticut | 7.9% |
| Delaware | 5.7% |
| District of Columbia | 10.0% |
| Middle Florida | 7.5% |
| Northern Florida | 9.2% |
| Southern Florida | 7.4% |
| Middle Georgia | 4.6% |
| Northern Georgia | 4.8% |
| Southern Georgia | 8.3% |
| Guam | 8.1% |
| Hawaii | 8.1% |
| Idaho | 10.0% |
| Central Illinois | 10.0% |
| Northern Illinois | 6.3% |
| Southern Illinois | 4.9% |
| Northern Indiana | 7.1% |
| Southern Indiana | 5.9% |
| Northern Iowa | 10.0% |
| Southern Iowa | 6.4% |

# Mortgage Account Information 

| | |
|---|---|
| Account Number: | 0212548022-4 |
| Payment Date: | 12/01/15 |
| **Payment Amount:** | **$464.50** |

Statement Date: 11/27/15
How to reach us
www.citimortgage.com
Bankruptcy Service Center: 1-866-613-5636*
Please reference your account number 0212548022 when calling.
*Calls are randomly monitored and recorded to ensure quality service.

Your dedicated Single Point of Contact is ALESHA DALTON 855-843-2549, Ext 0475299.*

### Explanation of Payment Amount

| | |
|---|---|
| Principal | $129.55 |
| Interest | $224.15 |
| Escrow | $110.80 |
| Total Payment Amount | $464.50 |

### Account Information

KENNETH E GRAHAM
BOUNLY G GRAHAM
Property Address: 5031 CHARLOTTE AVE
FORT WAYNE, IN 46815

| | |
|---|---|
| Type of Mortgage | FIXED RATE LOAN |
| Outstanding Principal Balance | $39,956.63 |
| Interest Rate | 7.12500% |
| Escrow Balance | -$291.04 |
| CitiMortgage Taxes Paid Year to Date | $608.63 |

### Transaction Activity Since Last Statement (07/25/15 to 11/27/15)

| Date | Description | Charges/Adjustments | Payments |
|---|---|---|---|
| 10/06/15 | Escrow Disbursement - County Tax | | -$196.54 |

### Important Messages

As a convenience for accounts serviced in our Bankruptcy Department, the amount listed above represents only the payment amount for the following month. There may be other payment amounts or charges that are not listed above. Those amounts may be included in your Chapter 13 Plan, if applicable.

If you do not wish to receive future informational notices please contact the Bankruptcy Service Center.

CITIMORTGAGE RESERVES THE RIGHT TO SUPPRESS ACCESS TO THE MORTGAGE WEBSITE.

Your monthly escrow payment has been adjusted to $110.80 effective 12/01/15.

TO THE EXTENT YOUR ORIGINAL OBLIGATION WAS DISCHARGED, OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY UNDER TITLE 11 OF THE UNITED STATES CODE, THIS STATEMENT IS FOR COMPLIANCE AND/OR INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE AN ATTEMPT TO COLLECT A DEBT OR TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.

Important messages continued on the next page
To ensure timely processing, please enclose your check and the coupon below in the envelope provided.

---

citi®
P.O. Box 6243
Sioux Falls, SD 57117-6243

Mortgage Statement Enclosed

Account Number: 0212548022-4

Please designate how you want us to apply any additional funds. Undesignated additional funds are applied in the following order: 1) late charges and/or fees, 2) principal. Once paid, additional funds cannot be returned.
Do not include cash or account inquiries with your payment.
Please see reverse side for mailing address and phone number changes.

| | |
|---|---|
| Total Amount by 12/01/15: | $464.50 |
| Additional Principal: | $ - |
| Additional Escrow: | $ - |
| Additional Late Charges: | $ - |
| Additional Monthly Payment: | $ - |
| Total Amount Enclosed | $ - |

Include account number on check. Make payable to CitiMortgage, I

00000422 1    J0501276 DTF 00000422

KENNETH E GRAHAM
BOUNLY G GRAHAM
PO BOX 5281
FORT WAYNE IN 46895-5281

CITIMORTGAGE, INC.
PO BOX 9001067
LOUISVILLE KY 40290-1067



17500 0046450 0046450 0046450 000000212548022 4 0007