**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION**

| | |
|---|---|
| IN RE: | Case No. 15-12711-reg |
| KENNETH EDWARD GRAHAM | Chapter 13 |
| Debtor(s) | Judge Robert E. Grant |

**NOTICE OF CHANGE OF ADDRESS FOR CREDITOR**

Comes now the Creditor, CitiMortgage, Inc., and provides Notice of Change of Address as indicated below:

1. NEW address for Creditor NOTICE: C/O Cenlar, FSB, 425 Phillips Blvd., Ewing, NJ 08618

2. NEW address for Creditor PAYMENT: C/O Cenlar, FSB, 425 Phillips Blvd., Ewing, NJ 08618

3. OLD address for Creditor NOTICE: P.O. Box 6030, Sioux Falls, South Dakota, 57117-6360

4. OLD address for Creditor PAYMENT: P.O. Box 688971, Des Moines, Iowa, 50368-8971

5. Court Claim Number: 5-1

6. Amount of Original Claim: 47,004.13

Submitted by:

/s/ Steven H. Patterson
   Steven H. Patterson
   Attorney for Creditor
   Reisenfeld & Associates LLC
   3962 Red Bank Road
   Cincinnati, OH 45227
   voice: (513) 322-7000
   facsimile: (513) 322-7099
   e-mail: inbk@rslegal.com

## CERTIFICATE OF SERVICE

I certify that on the __25th__ day of October, 2018, a copy of CitiMortgage, Inc.'s Notice of Change of Address was served:

Via the Court's electronic case filing system on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

   **Via ECF Mail:**

   Debra L. Miller, Bankruptcy Trustee
   dmecf@trustee13.com

   U.S. Trustee
   USTPRegion10.SO.ECF@usdoj.gov

   **Via Regular U.S. Mail, postage prepaid on:**

   Kenneth Edward Graham, PRO SE Debtor
   PO Box 5281
   Fort Wayne, IN 46895

   /s/ Steven H. Patterson
   Steven H. Patterson, Esq.