# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

IN RE:                                               CASE NO. 15-12711
KENNETH EDWARD GRAHAM
                                                             CHAPTER 13
Debtor

## TRUSTEE'S MOTION TO DISMISS

COMES NOW, the Trustee, Debra L. Miller, and for her Motion to Dismiss, states:

1. This case was filed on November 24, 2015 and Confirmed on May 25, 2016.

2. Pursuant to the terms of the Confirmed Plan, Debtor is to make payments of $839.38 each month, for 60 months, and turn over tax refunds over $1,000.00 each year of the Plan term.

3. Pursuant to the terms of an Agreed Order, approved on October 16, 2018, the Plan payment increased to $1,564.09, beginning September 2018.

4. Debtor is paying direct through the TFS system but Trustee has not received a payment since March 1, 2019.

5. Payments are $5,447.68 delinquent with the next payment due July 24, 2019.

6. Trustee has not yet received a copy of Debtor's 2018 tax returns to determine if any refunds are owed to the Estate.

7. Failure to keep current on Plan payments and turn over tax return copies and any refunds owed is a material default on the terms of the Confirmed Plan, pursuant to 11 U.S.C. §1307(c)(6).

WHEREFORE, the Trustee moves, for the reasons stated above, that the bankruptcy be dismissed pursuant to 11 U.S.C. §1307(c)(6), and any other statute the Court deems appropriate.

Dated: July 10, 2019

Respectfully Submitted,

/s/Debra L. Miller, Trustee
Debra L. Miller, Chapter 13 Trustee
PO Box 11550
South Bend, IN 46634
(574) 254-1313

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the attached was sent on July 10, 2019

By U.S. Mail as follows:
Debtor: Kenneth Graham, 5031 Charlotte Ave, Fort Wayne, IN 46815

By electronic e-mail via CM/ECF
Debtor's Attorney: Pro Se
U.S. Trustee: ustpregion10.so@ecf@usdoj.gov

/s/ Debra L. Miller